UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Dorothy R. Drain,
    Plaintiff

v.                               Case No.  1:07-cv-690

James Nicholson, et al.,
    Defendants

# ORDER

     This matter is before the Court on the Magistrate Judge's Report and Recommendation filed December 13, 2007(Doc. 17).

     Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

     Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

     Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Defendants' motion to dismiss defendants Jeanette Criswell, Dorothy Dervin, Vynetta Barnett, and Patricia Mathis is GRANTED.

Date: January 10, 2008                    s/Sandra S. Beckwith
                                                       Sandra S. Beckwith, Chief Judge
                                                       United States District Court